IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILMER ALONZO STANLEY HINDS, | : | |
|     Petitioner, | : | |
| | : | CIVIL ACTION 12-0462-KD-M |
| v. | : | CRIMINAL ACTION 08-00135-KD-M |
| | : | |
| UNITED STATES OF AMERICA, | : | |
|     Respondent. | : | |

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 21, 2012, is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that the Respondent's Motion to Dismiss (Doc. 93) is **GRANTED**, the Petitioner's Motion to Vacate (Doc. 91) is **DENIED**, and that this action is **DISMISSED.** It is further **ORDERED** that, if Petitioner files a certificate of appealability, then it is **DENIED** as he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **12th** day of **October 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**