IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILMER ALONZO STANLEY HINDS, | : | |
|     Petitioner, | : | |
| | : | CIVIL ACTION 12-0462-KD-M |
| v. | : | CRIMINAL ACTION 08-00135-KD-M |
| | : | |
| UNITED STATES OF AMERICA, | : | |
|     Respondent. | : | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Respondent, the United States of America, and against Petitioner Wilmer Alonzo Stanley Hinds.

**DONE** and **ORDERED** this the **12**<sup>th</sup> day of **October 2012.**

                                              /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**